# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150132

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEYON LECEDRIC ROBERTSON,
      Defendant-Appellant.

SC: 150132
COA: 315870
Oakland CC: 2012-242361-FH

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). We further ORDER the Oakland Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint attorney Timothy P. Flynn, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court.

The parties shall file supplemental briefs within 42 days of the date of the order appointing counsel, addressing whether the Court of Appeals erred by revising the circuit court's orders granting the defendant's motion to suspend and dismiss the case. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk

t0603